# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 12-00085-01-CR-W-DGK |
| RONELL E. NEWMAN, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress Evidence (Doc. 15), the Government's response (Doc. 16), United States Magistrate Judge John T. Maughmer's Report and Recommendation recommending that the motion be denied (Doc. 29), and the Defendant's objections to the Report and Recommendation (Doc. 30). The Court has also fully reviewed the suppression hearing transcript (Doc. 25).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that Magistrate Judge Maughmer's Report and Recommendation be ADOPTED. Defendant's Motion to Suppress Evidence (Doc. 15) is hereby DENIED.

**IT IS SO ORDERED.**

Date:  January 3, 2013                  /s/ Greg Kays
                                        GREG KAYS, JUDGE
                                        UNITED STATES DISTRICT COURT